IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 12-00115-CR-W-GAF |
| | ) | |
| JERRY SCOTT, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Now pending before the Court is Defendant's Motion to Suppress Illegally Obtained Evidence (Doc. #20). On August 29, 2012, United States Magistrate Judge John T. Maughmer conducted an evidentiary hearing. On January 23, 2013, United States Magistrate Judge John T. Maughmer issued his Report and Recommendation (Doc. #40). On March 8. 2013, Defendant's Objections to the Report and Recommendation of United States Magistrate (Doc. #49) were filed.

Upon careful and independent review of the pending motion, defendant's objections to the Magistrate's Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge John T. Maughmer.

Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress Illegally Obtained Evidence (Doc. #20) is OVERRULED and DENIED.

SO ORDERED.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: March 11, 2013